IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RAHEEMA HOWARD, INDIVIDUALLY AND AS ADMINISTRATRIX FOR THE ESTTE OF RICKY HOWARD** <br> Plaintiff, | : <br> : <br> : <br> : <br> : | **CIVIL ACTION** |
| v. | : <br> : | NO.:  10-cv-3184 (JS) |
| **POLICE OFFICER SHAMAYA ALLEN-BULLOCK, BADGE #1481, et al.** <br> Defendants. | : <br> : <br> : | **JURY DEMAND** |

**DEFENDANTS' LIST OF EXHIBITS IN SUPPORT
OF THEIR MOTION FOR SUMMARY JUDGMENT**

Due to their volume, the defendants' exhibits in support of their motion for summary judgment will be filed in hard copy with the Clerk of the Court.  In summary, the Exhibits are:

Exhibit A:  Defendants' Statement of Undisputed Facts

Exhibit B: Philadelphia Police Academy Grade Sheet of Police Officer Shamaya Allen

Exhibit C: Basic Training Curriculum for Pennsylvania Police Patrol Officers, Use of Force

Exhibit D: Philadelphia Police Department ("PPD") Directive 10:  Discharges of Firearms by Police Personnel

Exhibit E: In-Service Training History of Police Officer Allen, 2006 State-Mandated In-Service Training Materials on Use of Force, and Philadelphia Police Department Annual In-Service Training Course Outline on Firearms Training

Exhibit F: PPD Firearms Training Unit, Post-Discharge of Firearm Training Lesson Outline

Exhibit G: Internal Affairs Shooting Team Binder for PS #08-29, Concerning PO Allen's Discharge of Her Firearm on March 26, 2008

Exhibit H: Deposition of LT David Van, Dated January 11, 2011

Exhibit I: PPD Directive 79: Disciplinary Procedure

Exhibit J: PPD Disciplinary Code, Dated January 1999

Exhibit K: Declaration of Captain Carol O'Neill, Dated February 14, 2011

Exhibit L: Deposition of Police Officer Shamaya Allen, Dated December 22, 2010

Exhibit M: Notice to PO Allen of Firearms Discharge Review Board Findings ("FDRB"), Dated June 24, 2010, and FDRB Findings Memorandum to Police Commissioner, Dated June 22, 2010

Respectfully submitted,

/s/ Matthew K. Hubbard
MATTHEW KEVIN HUBBARD
Divisional Deputy City Solicitor
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA  19102-1595
(215) 683-5439 (direct dial)
(215) 683-5397 (fax)

Dated: February 16, 2011