IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAHEEMA HOWARD, | : | CIVIL ACTION |
| *Individually and as Administratrix for the* | : | |
| *Estate of Ricky Howard* | : | |
| | : | |
| v. | : | No. 10-3184 |
| | : | |
| SHAMAYA ALLEN-BULLOCK, et al. | : | |
| *Police Officer, Badge #1481, Individually* | : | |
| *and as Police Officer for the City of* | : | |
| *Philadelphia* | : | |

## **ORDER**

AND NOW, this 23rd day of March, 2011, it is ORDERED Defendants' Motion for Summary Judgment (Document 13) is DENIED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.