IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAHEEMA HOWARD, *Individually and as Administratrix for the Estate of Ricky Howard* | : CIVIL ACTION : : No. 10-3184 : |
| v. | : |
| SHAMAYA ALLEN-BULLOCK, et al. *Police Officer, Badge #1481, Individually and as Police Officer for the City of Philadelphia* | : : : : : |

**FILED**
MAR 30 2011
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

<u>CIVIL JUDGMENT</u>

Before the Honorable Juan R. Sánchez,

AND NOW, this 30th day of March, 2011, in accordance with the verdict of the jury, it is ORDERED that Judgment be and the same is hereby entered in favor of the Plaintiff, Raheema Howard and against the Defendant, Shamaya Allen-Bullock. Compensatory damages in the amounts of $185,571.80 and $500,000 are awarded to the Plaintiff, Raheema Howard.

BY THE COURT

ATTEST:

_Nancy DeLisle_ (signature)
Nancy E. DeLisle
Deputy Clerk to the
Honorable Juan R. Sánchez